THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBI-NET MEDICAL TRANSPORTATION, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>REGENCE BLUESHIELD,<br><br>　　　　　　Defendant. | CASE NO. C18-0270-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the deadline for filing a responsive pleading (Dkt. No. 14). Finding good cause, the Court GRANTS the motion (Dkt. No. 14). Defendant shall file its responsive pleading no later than May 7, 2018.

DATED this 20th day of April 2018.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C18-0270-JCC
PAGE - 1